UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAMON ALVARADO, | : | Hon. Joseph H. Rodriguez |
| Plaintiff, | : | Civil Action No. 19-18574 |
| v. | : | **ORDER** |
| JOSEPH JOHNSON, et al, | : | |
| Defendants. | : | |

This matter having come before the Court on Motion to Dismiss the Amended Complaint by Defendants, Borough of Penns Grove, Curtis Catalano, Joseph Johnson, Paul Psenski, and John T. Stranhan, Sr. [Dkt. No. 24], filed on September 11, 2020; and Plaintiff Ramon Alvarado having filed a Second Amended Complaint [Dkt. No. 27] on October 27, 2020; and Defendants' having informed the Court that the Second Amended Complaint, filed with Defense's consent, addressed the concerns raised by the motion [Dkt. No. 29]; and the Motion to Dismiss no longer relating to the Operative Complaint filed on September 11, 2020; therefore,

IT IS on this 7th Day of December 2020 hereby

ORDERED that, in light of Plaintiff's Second Amended Complaint [Dkt. No. 27] and Defendants' letter to the Court [Dkt. No. 29], Defendants' Motion to Dismiss the First Amended Complaint [24] is DENIED as moot.

/s/ Joseph H. Rodriguez
HON. JOSEPH H. RODRIGUEZ
United States District Judge